NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-260
consolidated with 03-258 & 03-259


TRUE VINE MINISTRIES INTERNATIONAL, INC.

VERSUS

PAMELA ANNE BOUDREAUX


**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 993497 C/W 990679 & 990708
HONORABLE JOHN DAMIAN TRAHAN, DISTRICT COURT JUDGE


**********
ULYSSES GENE THIBODEAUX
JUDGE
**********


Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Billy Howard Ezell, Judges.


AFFIRMED.


Edward C. Abell  Jr.
Onebane, Bernard, Torian
P. O. Box 3507
Lafayette, LA 70502-3507
Telephone:  (337) 237-2660
COUNSEL FOR:
    Defendant/Appellee - Thompson Newspapers, Inc.

**Julius Willis Grubbs, Jr.**
**Haik, Minvielle & Grubbs**
**P. O. Box 11040**
**Iberia, La 70562-1040**
**Telephone: (337) 365-5486**
**COUNSEL FOR:**
**Defendants/Appellees - True Vine Ministries International, Inc., Pastor Jarvis Harmon, Janice M. Simmons, Myra L. Harmon, and Victoria Williams**

**Graham Newton Smith**
**Onebane, Donohoe, et al**
**P.O. Box 3507**
**Lafayette, LA 70502-3507**
**Telephone: (318) 237-2660**
**COUNSEL FOR:**
**Defendant/Appellee - Thompson Newspapers, Inc.**

**Harold Dewey Register Jr.**
**P. O. Box 80214**
**Lafayette, LA 70598-0214**
**Telephone: (337) 981-6644**
**COUNSEL FOR:**
**Plaintiff/Appellant - Pamela Anne Boudreaux**